Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−13177−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brian C Allen
    39 Jobs Lane
    Williamstown, NJ 08094
Social Security No.:
    xxx−xx−3872
Employer's Tax I.D. No.:

## NOTICE OF HEARING

        NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                    October 18, 2019
Time:                    09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*28* – Certification in Opposition to Certification of Default (related document:27 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 10/1/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Timothy K. McHugh on behalf of Brian C Allen. (McHugh, Timothy)

and transact such other business as may properly come before the meeting.

Dated: September 24, 2019
JAN: jpl

Jeanne Naughton
Clerk