Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13177–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Brian C Allen
 39 Jobs Lane
 Williamstown, NJ 08094

Social Security No.:
 xxx–xx–3872

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         January 14, 2020
Time:            10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*32* – Certification in Opposition to (related document:31 Creditor's Certification of Default (related document: Related document(s) 18 Motion for Relief from Stay re: re: 39 Jobs Lane, Monroe Township, NJ. 08094. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 23 Order on Motion For Relief From Stay. Objection deadline is 12/26/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise). Modified on 12/12/2019 TO CORRECT LINKS (mef). filed by Creditor MIDFIRST BANK) filed by Timothy K. McHugh on behalf of Brian C Allen. (Attachments: # 1 Certificate of Service) (McHugh, Timothy)

and transact such other business as may properly come before the meeting.


Dated: December 23, 2019
JAN: jpl

                                       Jeanne Naughton
                                       Clerk