Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19−13177−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian C Allen
   39 Jobs Lane
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−3872

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                February 21, 2020
Time:                09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*40* − Certification in Opposition to Certification of Default (related document:38 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/29/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Timothy K. McHugh on behalf of Brian C Allen. (Attachments: # 1 Certificate of Service) (McHugh, Timothy)

and transact such other business as may properly come before the meeting.


Dated: January 29, 2020
JAN: jpl

                                                                                     Jeanne Naughton
                                                                                      Clerk