UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
50503
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Flagship Credit Acceptance LLC
JM-5630

In Re:
BRIAN C. ALLEN

Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-13177 (ABA)

Adv. No.:

Hearing Date:  2-18-2020

Judge: Hon. Andrew B. Altenburg Jr.

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 18, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Brian C. Allen / 50503
Case No:  19-13177 (ABA)
Order Vacating Automatic Stay and Co-Debtor Stay

      Upon consideration of the motion of **Flagship Credit Acceptance LLC** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

      **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

      **ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Erin Allen** to permit **Flagship Credit Acceptance LLC** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2014 Dodge Ram 2500
Vehicle Identification Number
3C6UR5CL9EG133781