Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−13177−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian C Allen
   39 Jobs Lane
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−3872

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/15/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 15, 2020
JAN: bc

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Brian C Allen  
    Debtor

Case No. 19-13177-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2        Date Rcvd: May 15, 2020  
                        Form ID: 148        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.
```
db            +Brian C Allen,    39 Jobs Lane,    Williamstown, NJ 08094-1313
cr            +Flagship Credit Acceptance,    C/O Morton & Craig, LLC,    110 Marter Ave.,
                Moorestown, NJ 08057-3124
518639084     +Flagship Credit Corporation,    C/O Morton & Craig, LLC,    110 Marter Ave., Suite 301,
                Moorestown, NJ 08057-3124
518132167    ++LCI,    PO BOX 1931,    BURLINGAME CA 94011-1931
                (address filed with court: COMCAST,    PO BOX 1931,    Burlingame, CA 94011)
518147538     +MIDFIRST BANK,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518204867     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518030908      Midland Mortgage,    P.O. Box 268959,    Oklahoma City, OK 73126-8959
518345114     +Santander Consumer USA Inc.,    Law Offices of John R. Morton, Jr.,    110 Marter Ave., Suite 301,
                Moorestown, NJ 08057-3124
518030910      South Jersey Gas,    P.O. Box 6091,    Bellmawr, NJ 08099-6091
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:51:59      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518030906     +E-mail/Text: bankruptcy@pepcoholdings.com May 15 2020 22:51:33      Atlantic City Electric,
                PO BOX 13610,    Philadelphia, PA 19101-3610
518047906      E-mail/Text: bankruptcy@pepcoholdings.com May 15 2020 22:51:33
                Atlantic City Electric Company,    Pepco Holdings, Inc.,
                Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                Carneys Point, NJ 08069-3600
518201901     +E-mail/Text: bankruptcy@flagshipcredit.com May 15 2020 22:52:07      FLAGSHIP CREDIT ACCEPTANCE,
                P O BOX 3807,    COPPELL, TX 75019-5877
518030907     +E-mail/Text: bankruptcy@flagshipcredit.com May 15 2020 22:52:07      Flagship Credit Acceptance,
                P.O. Box 1419,    Chadds Ford, PA 19317-0688
518132167      EDI: LCIFULLSRV May 16 2020 02:13:00      COMCAST,    PO BOX 1931,    Burlingame, CA 94011
518075345      E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:58:19      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518193561      EDI: PRA.COM May 16 2020 02:13:00      Portfolio Recovery Associates, LLC,    c/o Tractor Supply,
                POB 41067,    Norfolk VA 23541
518030909      EDI: DRIV.COM May 16 2020 02:13:00      Santander,    P.O. Box 660633,    Dallas, TX 75266-0633
518345113    +EDI: DRIV.COM May 16 2020 02:13:00      Santander Consumer USA Inc.,    PO Box 961245,
                Fort Worth, TX 76161-0244
518066376    +EDI: DRIV.COM May 16 2020 02:13:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
                Dallas, TX 75356-0284
                                                                                              TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 15, 2020
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        John R. Morton, Jr.    on behalf of Creditor    Flagship Credit Acceptance ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
        Timothy K. McHugh    on behalf of Debtor Brian C Allen TKMlaw@comcast.net, tkmlaw.carol@gmail.com;r42477@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 9